STEINKRITZ AMUSEMENT CORPORATION, Respondent, v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators' Union of the United States and Canada, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay of execution of the judgment for costs continued for thirty days to enable appellant to apply to the Court

of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.